133 A.3d 1

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Dallas Ray VAVRA, Petitioner.**

**No. 161 MM 2015.**

Supreme Court of Pennsylvania.

Feb. 24, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of February, 2016, the Application for Appointment of Counsel is **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.